1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | BENJAMIN B. WAGNER
Assistant U.S. Attorney
3 | 501 I Street, suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700



FILED

JUL 20 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

5

6

7 |                  IN THE UNITED STATES DISTRICT COURT FOR THE

8 |                       EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,          )
                                      )   2:97-cr-00512 EJG
12 |                 Plaintiff,         )
                                      )
13 |         v.                        )   MOTION FOR LEAVE TO DISMISS
                                      )   PURSUANT TO RULE 48(a);
14 | JOSE T. YULO,                     )   ORDER
                    Defendant.        )
15 | _____  )

16

17 |      The United States of America hereby moves pursuant to Rule

18 | 48(a) of the Federal Rules of Criminal Procedure for leave to

19 | dismiss the Indictment.  In support thereof, the United States

20 | represents as follows:

21 |      This case was indicted on October 9, 1997 followed by a

22 | superseding indictment on April 10, 1998.  The superseding

23 | indictment charged a single defendant, Jose T. Yulo, with mail fraud

24 | in connection with a scheme to defraud insurance companies, and

25 | aiding the preparation of several false tax returns.  The criminal

26 | conduct alleged in the superseding indictment occurred between

27 | January 1991 and April 1995.  The loss to the insurance companies,

28 | according to the superseding indictment, was approximately $120,000.

Although formerly a resident of San Diego, Yulo appears to have fled prior to indictment. He is believed to have gone to the Philippines, but has not been located. Defendant Yulo has never appeared in this district, and it is not likely that he will return or be apprehended in the foreseeable future.

Over ten years have passed since the defendant fled and was indicted in this case. Most of the criminal conduct at issue occurred at least 16 years ago. I have discussed this matter with the investigating agencies, the FBI and IRS-CI, and those agencies agree that the evidence is stale and that it currently appears unlikely that the defendant will be apprehended and brought to this district in the near future. Accordingly, the Government seeks leave to dismiss the indictment and superseding indictment in this case.

Date: July 15, 2009                    Respectfully Submitted,

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

                                        /S/ Benjamin Wagner
                                   By: _____
                                       BENJAMIN B. WAGNER
                                       Assistant U.S. Attorney

LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )  2:97-Cr-00512 EJG
            Plaintiff,           )
                                 )
       v.                        )  ORDER DISMISSING INDICTMENT
                                 )
JOSE T. YULO,                    )
                                 )
            Defendant.           )
_____)

     The United States has moved pursuant to Rule 48(a) of the
Federal Rules of Criminal Procedure for leave to dismiss the
Indictment and Superseding Indictment.   Good cause having been
shown, leave to dismiss the Indictment and Superseding Indictment is
**GRANTED**, and the Indictment and Superseding Indictment are hereby
**DISMISSED**.

DATE: _7/16/09_                        _____
                                       HON. EDWARD J. GARCIA
                                       U.S. District Court Judge

3